BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-MC-00048-GEB-CKD |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $149,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Dung H. Nguyen ("claimant"), by and through their respective counsel, as follows:

1.      On or about March 22, 2012, claimant Dung H. Nguyen filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service - Criminal Investigation with respect to the Approximately $149,000.00 (hereafter "defendant currency"), which was seized on March 5, 2012.

2.      The Internal Revenue Service - Criminal Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

1

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was June 20, 2012.

4.      By Stipulation and Order filed June 18, 2012, the parties stipulated to extend to August 20, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to October 20, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to October 20, 2012.

Dated:   8/14/2012 _____

BENJAMIN B. WAGNER
United States Attorney


/s/ Kevin C. Khasigian _____
KEVIN C. KHASIGIAN
Assistant U.S. Attorney


Dated:   8/14/2012 _____

/s/ Patrick K. Hanly _____
PATRICK K. HANLY
Attorney for Claimant Dung H. Nguyen
(As authorized by email on 8/14/2012)


IT IS SO ORDERED.

_____

Dated: 8/14/12

GARLAND E. BURRELL, JR.
Senior United States District Judge

2

Stipulation and Order to Extend Time