1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            2:12-MC-00048-GEB-CKD

12                 Plaintiff,

13         v.                            STIPULATION AND ORDER
                                         EXTENDING TIME FOR FILING
14  APPROXIMATELY $149,000.00 IN U.S.    A COMPLAINT FOR
    CURRENCY,                            FORFEITURE AND/OR TO
15                                       OBTAIN  AN INDICTMENT
                                         ALLEGING FORFEITURE
16                 Defendant.

17         It is hereby stipulated by and between the United States of America and claimant Dung H.

18  Nguyen ("claimant"), by and through their respective counsel, as follows:

19         1.      On or about March 22, 2012, claimant Dung H. Nguyen filed a claim, in the

20  administrative forfeiture proceedings, with the Internal Revenue Service - Criminal Investigation

21  with respect to the Approximately $149,000.00 (hereafter "defendant currency"), which was seized

22  on March 5, 2012.

23         2.      The Internal Revenue Service - Criminal Investigation has sent the written notice of

24  intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has

25  expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E),

26  and no person other than the claimant has filed a claim to the defendant currency as required by law

27  in the administrative forfeiture proceeding.

28         3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

                                          1

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was June 20, 2012.

4.     By Stipulation and Order filed June 18, 2012, the parties stipulated to extend to August 20, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     By Stipulation and Order filed August 14, 2012, the parties stipulated to extend to October 20, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to November 20, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

1    7.    Accordingly, the parties agree that the deadline by which the United States shall be

2  required to file a complaint for forfeiture against the defendant currency and/or to obtain an

3  indictment alleging that the defendant currency is subject to forfeiture shall be extended to

4  November 20, 2012.

5  Dated:   10/18/12                          BENJAMIN B. WAGNER
                                              United States Attorney

6

7                                            /s/ Kevin C. Khasigian
                                             KEVIN C. KHASIGIAN
8                                            Assistant U.S. Attorney

9

10 Dated:   10/18/12                          /s/ Patrick K. Hanly
                                             PATRICK K. HANLY
11                                           Attorney for Claimant Dung H. Nguyen
                                             (As authorized by email on 10/18/2012)

12

13    IT IS SO ORDERED.

14 **Date: 10/19/2012**

15

16 _____

17 GARLAND E. BURRELL, JR.
   Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28

3

Stipulation and Order to Extend Time